Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

FILED

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Orlando Division

2022 OCT 11 AM 9:04

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Lee Michael Tomko

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States of America

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:22-cv-1865-PGB-LHP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lee Michael Tomko |
| Street Address | 4651 Caverns Drive |
| City and County | Kissimmee    Osceola |
| State and Zip Code | Florida    34758 |
| Telephone Number | 689 241 9812 |
| E-mail Address | LeeTomko@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

    Defendant No. 1
        Name    United States of America
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

    Defendant No. 2
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

    Defendant No. 3
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. **The Plaintiff(s)**

1. If the plaintiff is an individual
The plaintiff, (name) __Lee Michael Tomko__, is a citizen of the State of (name) __Florida__.

2. If the plaintiff is a corporation
The plaintiff, (name) ____, is incorporated under the laws of the State of (name) ____,
and has its principal place of business in the State of (name) ____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. **The Defendant(s)**    _United States of America_

1. If the defendant is an individual
The defendant, (name) ____, is a citizen of the State of (name) ____. Or is a citizen of (foreign nation) ____.

2. If the defendant is a corporation
The defendant, (name) ____, is incorporated under the laws of the State of (name) ____, and has its principal place of business in the State of (name) ____.
Or is incorporated under the laws of (foreign nation) ____, and has its principal place of business in (name) ____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

__$ 200 Billion, non-payment__

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* _____, and the defendant, *(name)* _____, made an agreement or contract on *(date)* _____. The agreement or contract was *(oral or written)* _____. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

My understanding is that there is a contract between Donald Trump and the FBI that was signed when he was in office, is about an investigation of Lee Tomko (me) and included a significant financial benefit and other significant legal agreements.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The money has not yet been paid.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$200 Billion

Unending harassment of a dangerous, extreme, and spying and toxic nature from a government investigation that has resulted in significant work and mental health issues.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 8, 2022

Signature of Plaintiff: Lee Michael Tomko

Printed Name of Plaintiff: Lee Michael Tomko

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____